

IT IS SO ORDERED
Judge James Ware

PETER S. DICKINSON (SBN 139495)
pdickinson@BushGottlieb.com
ERICA DEUTSCH (SBN 204427)
edeutsch@BushGottlieb.com
PAMELA CHANDRAN (SBN 250829)
pchandran@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Plaintiffs TRUSTEES OF THE ROBERT F. KENNEDY MEDICAL PLAN and TRUSTEES OF THE JUAN DE LA CRUZ PENSION PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE ROBERT F. KENNEDY MEDICAL PLAN and TRUSTEES OF THE JUAN DE LA CRUZ PENSION PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNRISE MUSHROOMS, INC. et al.<br><br>Defendants. | **CASE NO. 09-mc-80107 JW**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)(i)]**<br><br>**Judge: JAMES WARE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

250916.1  11970-16006

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Trustees of the Robert F. Kennedy Medical Plan and Trustees of the Juan De La Cruz Pension Plan voluntarily dismiss, without prejudice, Defendants Sunrise Mushrooms, Inc.; Ariel Mushrooms, Inc.; and Douglas Tanner, an individual.

DATED: July 18, 2011        Respectfully submitted,

PETER S. DICKINSON
ERICA DEUTSCH
PAMELA CHANDRAN
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation

By: /s/Pamela Chandran
        PAMELA CHANDRAN
Attorneys for Plaintiffs TRUSTEES OF THE ROBERT F. KENNEDY MEDICAL PLAN and TRUSTEES OF THE JUAN DE LA CRUZ PENSION PLAN